UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD BIANCHI and DEBRA BIANCHI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., *et al.*<br><br>Defendants. | Civil Action No. 17-cv-1263 (CCC) (MF) |

**CONSENT ORDER REGARDING PLAINTIFFS' FILING OF THEIR AMENDED COMPLAINT AND DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO SAME**

**THIS MATTER** having come before the Court upon the Joint Stipulation of Plaintiffs Ronald Bianchi and Debra Bianchi (collectively, "Plaintiffs") and Defendant Samsung Electronics America, Inc. ("SEA"), by and through their respective counsel, regarding SEA's time to answer, move or otherwise respond to the Plaintiffs' Amended Complaint, which was served on SEA on or about June 2, 2017 in the instant matter, and extension of page limits regarding same, SEA's time to respond to Plaintiffs' Amended Complaint having not yet expired; and SEA not having obtained any previous extensions of time to respond to Plaintiffs' Amended Complaint; and good cause having been shown;

IT IS on this  19  day of  June , 2017

**ORDERED** that:

1

1. SEA will have until August 14, 2017 to answer, move or otherwise respond to the Plaintiffs' Amended Complaint;

2. Plaintiffs will have until September 27, 2017 to file any opposition to a motion to dismiss;

3. SEA will have until October 27, 2017 to file any reply brief in support of a motion to dismiss;

4. Page limit for any brief in support of motion to dismiss is extended to 60 pages;

5. Page limit for any opposition to a motion to dismiss is extended to 60 pages; and

6. Page limit for any reply brief in support of a motion to dismiss is extended to 40 pages.

_____
HONORABLE MARK FALK

The undersigned hereby consents to the entry of the foregoing order.

/s/ Mitchell M. Breit
SIMMONS HANLY CONROY LLC

/s/ James J. O'Hara
TOMPKINS, MCGUIRE, WACHENFELD & BARRY LLP

Mitchell M. Breit
112 Madison Avenue, 7th Fl.
New York, New York 10016
Tel. 212-784-6400
Fax 212-213-5949
mbreit@simmonsfirm.com

and

Jonathan Shub (admitted *pro hac vice*)
KOHN, SWIFT & GRAF, P.C.

Sean P. Neafsey
One Riverfront Plaza
1037 Raymond Blvd., Suite 600
Newark, New Jersey 07102
Tel. 973-848-5600
Fax 973-848-5601
sean.neafsey@squirepb.com

Philip M. Oliss (admitted *pro hac vice*)
Bruce Khula (admitted *pro hac vice*)
Kristin L. Bryan (admitted *pro hac vice*)

One South Broad Street, Suite 2100
Philadelphia, Pennsylvania 19107
Tel. 215-238-1700
Fax 215-238-1868
jshub@kohnswift.com

Attorneys for Plaintiffs RONALD BIANCHI
and DEBRA BIANCHI

SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Tel. 216-479-8500
Fax 216-479-8780
philip.oliss@squirepb.com
bruce.khula@squirepb.com
kristin.bryan@squirepb.com

and

TOMPKINS, MCGUIRE, WACHENFELD &
BARRY LLP

James J. O'Hara
3 Becker Farm Road
Fourth Floor
Roseland, New Jersey 07068
Tel. 973-623-7041
Fax 973-623-7780
johara@tompkinsmcguire.com

Attorneys for Defendant SAMSUNG
ELECTRONICS AMERICA, INC.