UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD BIANCHI, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Civil Action No. 17-cv-1263 (CCC) (MF)<br><br><u>Motion Return Date</u>: May 21, 2018<br><br><u>Oral Argument Requested</u> |

DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.'S
NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS
ACTION COMPLAINT

**TOMPKINS, MCGUIRE, WACHENFELD & BARRY LLP**

James J. O'Hara
3 Becker Farm Road
Fourth Floor
Roseland, New Jersey 07068
Tel. 973-623-7041
Fax 973-623-7780
johara@tompkinsmcguire.com

**SQUIRE PATTON BOGGS (US) LLP**

Sean P. Neafsey
One Riverfront Plaza
1037 Raymond Blvd., Suite 600
Newark, New Jersey 07102
Tel. 973-848-5600
Fax 973-848-5601
sean.neafsey@squirepb.com

Philip M. Oliss (admitted *pro hac vice*)
Bruce Khula (admitted *pro hac vice*)
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Tel. 216-479-8500
Fax 216-479-8780
philip.oliss@squirepb.com
bruce.khula@squirepb.com

Attorneys for Defendant SAMSUNG ELECTRONICS AMERICA, INC.

**TO:**

Mitchell M. Breit
Paul J. Hanly, Jr. (admitted *pro hac vice*)
SIMMONS HANLY CONROY LLC
112 Madison Avenue, 7th Fl.
New York, New York 10016
Tel. 212-784-6400
Fax 212-213-5949
mbreit@simmonsfirm.com

Jonathan Shub (admitted *pro hac vice*)
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, Pennsylvania 19107
Tel. 215-238-1700
Fax 215-238-1868
jshub@kohnswift.com

Gregory F. Coleman (admitted *pro hac vice*)
Mark E. Silvey (admitted *pro hac vice*)
Adam A. Edwards (admitted *pro hac vice*)
Lisa A. White (admitted *pro hac vice*)
GREG COLEMAN LAW PC
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
Tel. 865-247-0080
Fax 865-533-0049
greg@gregcolemanlaw.com
mark@gregcolemanlaw.com
adam@gregcolemanlaw.com
lisa@gregcolemanlaw.com

**PLEASE TAKE NOTICE** that on May 21, 2018, or as soon thereafter as counsel may be heard, Defendant Samsung Electronics America, Inc. ("SEA") shall move before the Honorable Claire C. Cecchi, United States District Judge, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Room PO 04, Newark, New Jersey, for an Order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing all claims against SEA in the First Amended Class Action Complaint (ECF 16) filed in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that, in support of its Motion, SEA shall rely on its Brief in Support of its Motion to Dismiss Plaintiffs' First Amended Class Action Complaint, exhibits in support, and the accompanying Declaration of Philip M. Oliss (also with exhibits). Pursuant to this Court's Order, SEA has limited its brief in support of its Motion to 60 or fewer

pages.  *See* Order (ECF 28) at 2 ¶4.  A proposed form of Order is included with this Notice of Motion.

**PLEASE TAKE FURTHER NOTICE** that oral argument is respectfully requested.

Dated: April 24, 2018                                               Respectfully submitted,

| | |
|---|---|
| **TOMPKINS, MCGUIRE, WACHENFELD & BARRY LLP** | **SQUIRE PATTON BOGGS (US) LLP** |
| | *s/ Sean P. Neafsey* |
| James J. O'Hara | Sean P. Neafsey |
| 3 Becker Farm Road | One Riverfront Plaza |
| Fourth Floor | 1037 Raymond Blvd., Suite 600 |
| Roseland, New Jersey 07068 | Newark, New Jersey 07102 |
| Tel. 973-623-7041 | Tel. 973-848-5600 |
| Fax 973-623-7780 | Fax 973-848-5601 |
| johara@tompkinsmcguire.com | sean.neafsey@squirepb.com |
| | |
| | Philip M. Oliss (admitted *pro hac vice*) |
| | Bruce Khula (admitted *pro hac vice*) |
| | 4900 Key Tower |
| | 127 Public Square |
| | Cleveland, Ohio 44114 |
| | Tel. 216-479-8500 |
| | Fax 216-479-8780 |
| | philip.oliss@squirepb.com |
| | bruce.khula@squirepb.com |
| | |
| | Attorneys for Defendant SAMSUNG ELECTRONICS AMERICA, INC. |

## L. CIV. R. 11.2 CERTIFICATION

SEA, by its attorneys, hereby certifies that the matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding. SEA is not currently aware of any other parties that should be joined in this action.

*s/ Sean P. Neafsey*
SEAN P. NEAFSEY
