# Exhibit 1

*Bianchi, et al. v. Samsung Elecs. Am., Inc.,* D.N.J., No. 17-cv-1263 (CCC) (MF)
**Defendant Samsung Electronics America, Inc.'s Motion to Dismiss First Amended Class Action Complaint (April 24, 2018)**

UNJUST ENRICHMENT (COUNT I)

| Distinction | New Jersey | Virginia | California | Pennsylvania | Florida |
|---|---|---|---|---|---|
| **Whether requires that plaintiff expected remuneration from defendant** | **Yes.** *VRG Corp. v. GKN Realty Corp.*, 641 A.2d 519, 526 (N.J. 1994). | **Yes.** *Schmidt v. Household Fin. Corp., II*, 661 S.E.2d 834, 838 (Va. 2008). | **No.** *Durell v. Sharp Healthcare*, 108 Cal. Rptr. 3d 682, 699 (Cal. Ct. App. 2010). | **No.** *Century Indem. Co. v. URS Corp.*, No. 08-5006, 2009 U.S. Dist. LEXIS 69456, at *14 (E.D. Pa. Aug. 7, 2009) (Pennsylvania). | **No.** *Extraordinary Title Servs., LLC v. Fla. Power & Light Co.*, 1 So. 3d 400, 404 (Fla. Dist. Ct. App. 2009). |
| **Whether an independent cause of action** | **Yes.** *VRG Corp. v. GKN Realty Corp.*, 641 A.2d 519, 526 (N.J. 1994). | **Yes.** *Jones v. Bank of Am. Corp.*, No. 09-162, 2010 U.S. Dist. LEXIS 142918, at *22-23 (E.D. Va. 2010) (Virginia). | **No.** *Durell v. Sharp Healthcare*, 108 Cal. Rptr. 3d 682, 699 (Cal. Ct. App. 2010). | **Yes.** *Century Indem. Co. v. URS Corp.*, No. 08-5006, 2009 U.S. Dist. LEXIS 69456, at *14 (E.D. Pa. Aug. 7, 2009) (Pennsylvania). | **Yes.** *Extraordinary Title Servs., LLC v. Fla. Power & Light Co.*, 1 So. 3d 400, 404 (Fla. Dist. Ct. App. 2009). |
| **Whether requires that plaintiff directly conferred a benefit upon defendant** | **Yes.** *Hughes v. Panasonic Consumer Elec. Co.*, No. 10-846, 2011 U.S. Dist. LEXIS 79504, at *78 (D.N.J. July 21, 2011) (New Jersey). | **No.** *Jones v. Bank of Am. Corp.*, No. 09-162, 2010 U.S. Dist. LEXIS 142918, at *22-23 (E.D. Va. 2010) (Virginia). | **No.** *Durell v. Sharp Healthcare*, 108 Cal. Rptr. 3d 682, 699 (Cal. Ct. App. 2010). | **No.** *Century Indem. Co. v. URS Corp.*, No. 08-5006, 2009 U.S. Dist. LEXIS 69456, at *16 (E.D. Pa. Aug. 7, 2009) (Pennsylvania). | **No.** *Swindell v. Crowson*, 712 So. 2d 1162, 1163 (Fla. Dist. Ct. App. 1998). |

*Bianchi, et al. v. Samsung Elecs. Am., Inc.,* D.N.J., No. 17-cv-1263 (CCC) (MF)
**Defendant Samsung Electronics America, Inc.'s Motion to Dismiss First Amended Class Action Complaint (April 24, 2018)**

**BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY (COUNT II)**

| Distinction | New Jersey | Virginia | California | Pennsylvania | Florida |
|---|---|---|---|---|---|
| **Whether pre-suit notice is required for a breach of implied warranty claim** | **Yes.** *Hammer v. Vital Pharms., Inc.*, No. 11-4124, 2012 U.S. Dist. LEXIS 40632, at *30 (D.N.J. Mar. 26, 2012) (New Jersey). | **Yes.** *Bindra v. Michael Bowman & Assoc.*, 58 Va. Cir. 47, 53 (Va. Cir. Ct. 2002). | **Yes.** *Swearingen v. Santa Cruz Natural, Inc.*, No. 13-4291, 2016 U.S. Dist. LEXIS 109432, at *32 (N.D. Cal. Aug. 17, 2016) (California). | **Yes.** *AFSCME v. Ortho-Mcneil-Janssen Pharms., Inc.*, No. 08-5904, 2010 U.S. Dist. LEXIS 23181, at *20 (E.D. Pa. Mar. 11, 2010) (Pennsylvania). | **No.** *Cohen v. Implant Innovations, Inc.*, 259 F.R.D. 617, 642-43 (S.D. Fla. June 13, 2008) (Florida). |
| **Whether privity is required to bring a breach of implied warranty claim** | **No.** *Cooper v. Samsung Elecs. Am., Inc.*, No. 07-3853, 2008 U.S. Dist. LEXIS 75810, at *15-16 (D.N.J. Dec. 30, 2008) (New Jersey). | **No.** *Bay Point Condo. Ass'n v. RML Corp.*, 57 Va. Cir. 295, 309 (Va. Cir. Ct. 2002). | **Yes.** *Clemens v. DaimlerChrysler Corp.*, 534 F.3d 1017, 1023 (9th Cir. 2008) (California). | **Yes.** *Am. Stores Properties, Inc. v. Spotts, Stevens & McCoy, Inc.*, 678 F. Supp. 2d 328, 331 n.4 (E.D. Pa. 2009) (Pennsylvania). | **Yes.** *Kaufman v. Pfizer Pharms., Inc.*, No. 02-22692, 2010 U.S. Dist. LEXIS 146552, at *16 (S.D. Fla. Nov. 23, 2010) (Florida). |

***Bianchi, et al. v. Samsung Elecs. Am., Inc.***, D.N.J., No. 17-cv-1263 (CCC) (MF)
**Defendant Samsung Electronics America, Inc.'s Motion to Dismiss First Amended Class Action Complaint (April 24, 2018)**

| Distinction | New Jersey | Virginia | California | Pennsylvania | Florida |
|---|---|---|---|---|---|
| **Whether subsumed by statute** | <u>**Yes.**</u> *See* N.J. Stat. § 2A:58C-1(b)(3) (2017) ("'Product liability action' means any action brought by a claimant for harm caused by a product, irrespective of theory, except for actions for harm caused by breach of an express warranty."); *see also Arlandson v. Hartz Mt. Corp.*, 792 F. Supp. 2d 691, 704 (D.N.J 2011). | <u>**No.**</u> *See* Va. Code Ann. § 8.2-316 (2017). | <u>**No.**</u> *See* Cal. Civ. Code § 1791.1 (2017); *see also Peterson v. Mazda Motor of Am., Inc.*, 44 F. Supp. 3d 965 (C.D. Cal. 2014) (allowing plaintiff to bring both implied warranty and Song-Beverly Act claim). | <u>**No.**</u> 13 Pa. Cons. Stat. § 2314 (2017). | <u>**No.**</u> Fla. Stat. § 672.314 (2017). |

*Bianchi, et al. v. Samsung Elecs. Am., Inc.,* D.N.J., No. 17-cv-1263 (CCC) (MF)
**Defendant Samsung Electronics America, Inc.'s Motion to Dismiss First Amended Class Action Complaint (April 24, 2018)**

### STRICT LIABILITY – DESIGN DEFECT (COUNT IV)

| Distinction | New Jersey | Virginia | California | Pennsylvania | Florida |
|---|---|---|---|---|---|
| **Whether common-law claim for strict liability is recognized** | **No.**  The New Jersey Products Liability Act is the sole basis of relief for harm caused by defective products.  *Sinclair v. Merck & Co., Inc.*, 948 A.2d 587, 593 (N.J. 2008). | **No.**  Virginia does not recognize strict liability for defective products. *Sanyal v. Toyota Motor N. Am., Inc.*, No. 14-960, 2015 U.S. Dist. LEXIS 5667, at *5 (E.D. Va. Jan. 15, 2015) (Virginia). | **Yes.**  *Park-Kim v. Daikin*, No. 15-09523, 2016 U.S. Dist. LEXIS 104248, at *38 (C.D. Cal. Aug. 3, 2016) (California). | **Yes.**  *Moyer v. United Dominion Indus.*, 473 F.3d 532, 538 (3d Cir. 2007) (Pennsylvania). | **Yes.**  *Bailey v. Janssen Pharmaceutica, Inc.*, 288 F. App'x 597, 607 (11th Cir. 2008) (Florida). |
| **Whether allegation that product "unreasonably dangerous" is required element of claim.** | **No.**  N.J. Stat. Ann. § 2A:58C-2 (2017) (NJPLA). | **N/A.**  Virginia does not recognize strict liability for defective products. *Sanyal v. Toyota Motor N. Am., Inc.*, No. 14-960, 2015 U.S. Dist. LEXIS 5667, at *5 (E.D. Va. Jan. 15, 2015) (Virginia). | **No.**  *Park-Kim v. Daikin*, No. 15-09523, 2016 U.S. Dist. LEXIS 104248, at *38 (C.D. Cal. Aug. 3, 2016) (California). | **Yes.**  *Moyer v. United Dominion Indus.*, 473 F.3d 532, 538 (3d Cir. 2007) (Pennsylvania). | **Yes.**  *Bailey v. Janssen Pharmaceutica, Inc.*, 288 F. App'x 597, 607 (11th Cir. 2008) (Florida). |
| **Whether alternative design is required element of claim** | **Yes.**  *Johnson v. Draeger Safety Diagnostics, Inc.*, No. 13-2439, 2013 U.S. Dist. LEXIS 101188 at *14 (D.N.J. July 19, 2013) (New Jersey). | **N/A.**  Virginia does not recognize strict liability for defective products. *Sanyal v. Toyota Motor N. Am., Inc.*, No. 14-960, 2015 U.S. Dist. LEXIS 5667, at *5 (E.D. Va. Jan. 15, 2015) (Virginia). | **No.**  *Park-Kim v. Daikin*, No. 15-09523, 2016 U.S. Dist. LEXIS 104248, at *38 (C.D. Cal. Aug. 3, 2016) (California). | **Yes.**  *Kordek v. Becton, Dickinson & Co.*, 921 F. Supp. 2d 422, 433 (E.D. Pa. 2013) (Pennsylvania). | **No.**  *Bailey v. Janssen Pharmaceutica, Inc.*, 288 F. App'x 597, 607 (11th Cir. 2008) (Florida). |