# Exhibit 2

*Bianchi, et al. v. Samsung Electronics America, Inc.,* D.N.J., No. 2:17-cv-01263
**Defendant Samsung Electronics America, Inc.'s Motion to Dismiss First Amended Class Action Complaint (April 24, 2018)**

| Plaintiff | State | Fails Because Relationship Governed by Limited Warranty (Part III.A) | Fails Because Refrigerators Continued To Be Used (Part III.A) | Fails Because Plaintiffs Do Not Plead They Expected Remuneration From SEA (Part III.A) | Fails Because No Benefit Conferred Upon SEA (Part III.A) | Fails Because Unjust Enrichment Not an Independent Cause of Action (Part III.A) |
|---|---|---|---|---|---|---|
| Bianchi, R. | VA | X | X | X | | |
| Bianchi, D. | VA | X | X | X | | |
| Marino | FL | X | X | | | |
| Bishop | FL | X | X | | | |
| Castelo, M. | CA | X | X | | | X |
| Castelo, F. | CA | X | X | | | X |
| Mahoney, J. | NJ | X | X | X | X | |
| Mahoney, L. | NJ | X | X | X | X | |
| Cecconi, R. | PA | X | X | | | |
| Cecconi, P. | PA | X | X | | | |
| Kauffman | PA | X | X | | | |
| Rosengarten | PA | X | X | | | |

Case 2:17-cv-01263-CCC-MAH   Document 47-3   Filed 04/24/18   Page 3 of 15 PageID: 736

*Bianchi, et al. v. Samsung Electronics America, Inc.*,  D.N.J., No. 2:17-cv-01263
**Defendant Samsung Electronics America, Inc.'s Motion to Dismiss First Amended Class Action Complaint (April 24, 2018)**

| | | COUNTS II, VIII, X, XIII, XVI and XVIII:  IMPLIED WARRANTY OF MERCHANTABILITY | | | | |
|---|---|---|---|---|---|---|
| **Plaintiff** | **State** | **Fails Because the Limited Warranty Limited the Implied Warranty of Merchantability to One Year** | **Fails Because Keeps Refrigerators Fit for Their Ordinary Purpose at the Time of Delivery** | **Fails for Lack of Pre-Suit Notice** | **Fails Because Does Not Allege Privity with SEA** | **Fails to the Extent Based on UCC Provisions Applicable to Leased Goods** |
| | | (Part III.C.1) | (Part III.C.2-3) | (Part III.C.4) | (Part III.C.5) | (Part III.C.6) |
| Bianchi, R. | VA | X | X | | | X |
| Bianchi, D. | VA | X | X | | | X |
| Marino | FL | X | X | | X | X |
| Bishop | FL | X | X | | X | X |
| Castelo, M. | CA | X | X | X | X | X |
| Castelo, F. | CA | X | X | X | X | X |
| Mahoney, J. | NJ | | X | X | | X |
| Mahoney, L. | NJ | | X | X | | X |
| Cecconi, R. | PA | X | X | X | X | X |
| Cecconi, P. | PA | X | X | X | X | X |
| Kauffman | PA | | X | X | X | X |
| Rosengarten | PA | | X | X | X | X |

*Bianchi, et al. v. Samsung Electronics America, Inc.*, D.N.J., No. 2:17-cv-01263
**Defendant Samsung Electronics America, Inc.'s Motion to Dismiss First Amended Class Action Complaint (April 24, 2018)**

| | | COUNT III: INJUNCTIVE AND DECLARATORY RELIEF | | | | |
|---|---|---|---|---|---|---|
| **Plaintiff** | **State** | **Declaration Sought Misconstrues Purpose of Declaratory Judgment Act** (Part III.G) | **Declaratory Relief Fails Because No Alleged Facts of Likelihood of Future Injury** (Part III.G) | **Declaratory Relief Fails Because Duplicative of Relief Sought From Other Claims** (Part III.G) | **Injunctive Relief Is a Remedy, Not Cause of Action** (Part III.G) | **Injunctive Relief Fails Because Lack of Allegations for Elements of Injunctive Relief** (Part III.G) |
| Bianchi, R. | VA | X | X | X | X | X |
| Bianchi, D. | VA | X | X | X | X | X |
| Marino | FL | X | X | X | X | X |
| Bishop | FL | X | X | X | X | X |
| Castelo, M. | CA | X | X | X | X | X |
| Castelo, F. | CA | X | X | X | X | X |
| Mahoney, J. | NJ | X | X | X | X | X |
| Mahoney, L. | NJ | X | X | X | X | X |
| Cecconi, R. | PA | X | X | X | X | X |
| Cecconi, P. | PA | X | X | X | X | X |
| Kauffman | PA | X | X | X | X | X |
| Rosengarten | PA | X | X | X | X | X |

*Bianchi, et al. v. Samsung Electronics America, Inc.,* D.N.J., No. 2:17-cv-01263
**Defendant Samsung Electronics America, Inc.'s Motion to Dismiss First Amended Class Action Complaint (April 24, 2018)**

| | | COUNT IV - STRICT LIABILITY - DESIGN DEFECT | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Plaintiff** | **State** | **Fails Because Claim Barred Under of Economic Loss Doctrine** | **Fails Because Plead No Design Defect** | **Fails Because Do Not Allege Refrigerators Are "Unreasonably Dangerous"** | **Fails Because Do Not Allege Existence of Alternative Design** | **Fails Because Barred by New Jersey Products Liability Act** | **Fails Because Plead No Claim Recognized by California Law** | **Fails Because Virginia Does Not Recognize Strict Liability Claim** |
| | | (Part III.D.1) | (Part III.D.2) | (Part III.D.3.a) | (Part III.D.3.b) | (Part III.D.3.c) | (Part III.D.3.d) | (Part III.D.4) |
| Bianchi, R. | VA | X | | | | | | X |
| Bianchi, D. | VA | X | | | | | | X |
| Marino | FL | X | X | X | | | | |
| Bishop | FL | X | X | X | | | | |
| Castelo, M. | CA | X | X | | | | X | |
| Castelo, F. | CA | X | X | | | | X | |
| Mahoney, J. | NJ | X | X | | X | X | | |
| Mahoney, L. | NJ | X | X | | X | X | | |
| Cecconi, R. | PA | X | X | X | X | | | |
| Cecconi, P. | PA | X | X | X | X | | | |
| Kauffman | PA | X | X | X | X | | | |
| Rosengarten | PA | X | X | X | X | | | |

Case 2:17-cv-01263-CCC-MAH   Document 47-3   Filed 04/24/18   Page 6 of 15 PageID: 739

*Bianchi, et al. v. Samsung Electronics America, Inc.,* D.N.J., No. 2:17-cv-01263
**Defendant Samsung Electronics America, Inc.'s Motion to Dismiss First Amended Class Action Complaint (April 24, 2018)**

| Plaintiff | State | COUNT V: FRAUDULENT CONCEALMENT | | | | | |
|---|---|---|---|---|---|---|---|
| | | Fails Because Does Not Satisfy Rule 9(b) | Fails Because Alleges No False Representation by SEA | Fails Because Alleges No Facts Showing SEA's Knowledge | Fails Because Alleges No Intent by SEA to Conceal | Fails Because Alleges No Reliance Upon Any Purportedly False Representation by SEA | Fails Because Alleges No Facts That SEA Owed a Duty to Disclose |
| | | (Part III.F.1) | (Part III.F.2.a) | (Part III.F.2.b) | (Part III.F.2.c) | (Part III.F.2.d) | (Part III.F.2.e) |
| Bianchi, R. | VA | X | X | X | X | X | X |
| Bianchi, D. | VA | X | X | X | X | X | X |
| Marino | FL | X | X | X | X | X | X |
| Bishop | FL | X | X | X | X | X | X |
| Castelo, M. | CA | X | X | X | X | X | X |
| Castelo, F. | CA | X | X | X | X | X | X |
| Mahoney, J. | NJ | X | X | X | X | X | X |
| Mahoney, L. | NJ | X | X | X | X | X | X |
| Cecconi, R. | PA | X | X | X | X | X | X |
| Cecconi, P. | PA | X | X | X | X | X | X |
| Kauffman | PA | X | X | X | X | X | X |
| Rosengarten | PA | X | X | X | X | X | X |

Case 2:17-cv-01263-CCC-MAH   Document 47-3   Filed 04/24/18   Page 7 of 15 PageID: 740

*Bianchi, et al. v. Samsung Electronics America, Inc.,* D.N.J., No. 2:17-cv-01263

**Defendant Samsung Electronics America, Inc.'s Motion to Dismiss First Amended Class Action Complaint (April 24, 2018)**

| COUNT VI: STRICT LIABILITY - FAILURE TO WARN | | | |
|---|---|---|---|
| **Plaintiff** | **State** | **Fails Because Claim Barred Under Economic Loss Doctrine** (Part III.D.1) | **Fails Because Virginia Does Not Recognize Strict Liability Claim** (Part III.D.4) |
| Bianchi, R. | VA | **X** | **X** |
| Bianchi, D. | VA | **X** | **X** |
| Marino | FL | | |
| Bishop | FL | | |
| Castelo, M. | CA | | |
| Castelo, F. | CA | | |
| Mahoney, J. | NJ | **N/A Asserted only on behalf of Virginia Plaintiffs** | |
| Mahoney, L. | NJ | | |
| Cecconi, R. | PA | | |
| Cecconi, P. | PA | | |
| Kauffman | PA | | |
| Rosengarten | PA | | |

Case 2:17-cv-01263-CCC-MAH   Document 47-3   Filed 04/24/18   Page 8 of 15 PageID: 741
*Bianchi, et al. v. Samsung Electronics America, Inc.*, D.N.J., No. 2:17-cv-01263
**Defendant Samsung Electronics America, Inc.'s Motion to Dismiss First Amended Class Action Complaint (April 24, 2018)**

| COUNT VII - VIRGINIA CONSUMER PROTECTION ACT | | | | | |
|---|---|---|---|---|---|
| **Plaintiff** | **State** | **Fails Because Does Not Satisfy Rule 9(b)** (Part III.E.1) | **Fails Because Alleges No Misrepresentations or Omission** (Part III.E.2) | **Fails Because Does Not Allege Reliance** (Part III.E.2) | **Fails Because Alleges No Deliberate, Knowing Acts by SEA** (Part III.E.2) |
| Bianchi, R. | VA | X | X | X | X |
| Bianchi, D. | VA | X | X | X | X |
| Marino | FL | | | | |
| Bishop | FL | | | | |
| Castelo, M. | CA | | | | |
| Castelo, F. | CA | | | | |
| Mahoney, J. | NJ | **N/A Asserted only on behalf of Virginia Plaintiffs** | | | |
| Mahoney, L. | NJ | | | | |
| Cecconi, R. | PA | | | | |
| Cecconi, P. | PA | | | | |
| Kauffman | PA | | | | |
| Rosengarten | PA | | | | |

Case 2:17-cv-01263-CCC-MAH   Document 47-3   Filed 04/24/18   Page 9 of 15 PageID: 742
*Bianchi, et al. v. Samsung Electronics America, Inc.*, D.N.J., No. 2:17-cv-01263
**Defendant Samsung Electronics America, Inc.'s Motion to Dismiss First Amended Class Action Complaint (April 24, 2018)**

| **COUNT IX - FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT** | | | | | |
|---|---|---|---|---|---|
| **Plaintiff** | **State** | **Fails Because Does Not Satisfy Rule 9(b)** | **Fails Because Alleges No Facts Showing Deceptive Act by SEA** | **Fails Because Does Not Allege Causation** | **Fails Because Does Not Plead Actual Damages** |
| | | (Part III.E.1) | (Part III.E.3) | (Part III.E.3) | (Part III.E.3) |
| Bianchi, R. | VA | N/A Asserted only on behalf of Florida Plaintiffs | | | |
| Bianchi, D. | VA | | | | |
| Marino | FL | X | X | X | X |
| Bishop | FL | X | X | X | X |
| Castelo, M. | CA | N/A Asserted only on behalf of Florida Plaintiffs | | | |
| Castelo, F. | CA | | | | |
| Mahoney, J. | NJ | | | | |
| Mahoney, L. | NJ | | | | |
| Cecconi, R. | PA | | | | |
| Cecconi, P. | PA | | | | |
| Kauffman | PA | | | | |
| Rosengarten | PA | | | | |

Case 2:17-cv-01263-CCC-MAH   Document 47-3   Filed 04/24/18   Page 10 of 15 PageID: 743
*Bianchi, et al. v. Samsung Electronics America, Inc.,* D.N.J., No. 2:17-cv-01263
**Defendant Samsung Electronics America, Inc.'s Motion to Dismiss First Amended Class Action Complaint (April 24, 2018)**

| COUNT XI – CALIFORNIA CONSUMER LEGAL REMEDIES ACT | | | | | |
|---|---|---|---|---|---|
| **Plaintiff** | **State** | **Fails Because Does Not Satisfy Rule 9(b)** (Part III.E.1) | **Fails Because Alleges No Misrepresentation or Omission by SEA** (Part III.E.6) | **Fails Because Alleges No Reliance** (Part III.E.6) | **Damages Claim Fails for Lack of Statutory Notice to SEA** (Part III.E.6) |
| Bianchi, R. | VA | | | | |
| Bianchi, D. | VA | N/A Asserted only on behalf of California Plaintiffs | | | |
| Marino | FL | | | | |
| Bishop | FL | | | | |
| Castelo, M. | CA | X | X | X | X |
| Castelo, F. | CA | X | X | X | X |
| Mahoney, J. | NJ | | | | |
| Mahoney, L. | NJ | | | | |
| Cecconi, R. | PA | N/A Asserted only on behalf of California Plaintiffs | | | |
| Cecconi, P. | PA | | | | |
| Kauffman | PA | | | | |
| Rosengarten | PA | | | | |

*Bianchi, et al. v. Samsung Electronics America, Inc.*, D.N.J., No. 2:17-cv-01263
**Defendant Samsung Electronics America, Inc.'s Motion to Dismiss First Amended Class Action Complaint (April 24, 2018)**

| | | COUNT XII - CALIFORNIA UNFAIR COMPETITION LAW | | | | |
|---|---|---|---|---|---|---|
| **Plaintiff** | **State** | **Fails Because Does Not Satisfy Rule 9(b)** | **Fails Because No Exposure to Pre-Purchase Representations** | **UCL Unlawful Prong Fails** | **UCL Unfair Prong Fails** | **UCL Fraudulent Prong Fails** |
| | | (Part III.E.1) | (Part III.E.6) | (Part III.E.6) | (Part III.E.6) | (Part III.E.6) |
| Bianchi, R. | VA | N/A Asserted only on behalf of California Plaintiffs | | | | |
| Bianchi, D. | VA | | | | | |
| Marino | FL | | | | | |
| Bishop | FL | | | | | |
| Castelo, M. | CA | X | X | X | X | X |
| Castelo, F. | CA | X | X | X | X | X |
| Mahoney, J. | NJ | N/A Asserted only on behalf of California Plaintiffs | | | | |
| Mahoney, L. | NJ | | | | | |
| Cecconi, R. | PA | | | | | |
| Cecconi, P. | PA | | | | | |
| Kauffman | PA | | | | | |
| Rosengarten | PA | | | | | |

*Bianchi, et al. v. Samsung Electronics America, Inc.,* D.N.J., No. 2:17-cv-01263

**Defendant Samsung Electronics America, Inc.'s Motion to Dismiss First Amended Class Action Complaint (April 24, 2018)**

| | | COUNT XIII - SONG-BEVERLY CONSUMER WARRANTY ACT | | | | | |
|---|---|---|---|---|---|---|---|
| **Plaintiff** | **State** | **Fails Because the Limited Warranty Limited the Implied Warranty of Merchantability to One Year** | **Fails Because Keeps Refrigerators Fit for Their Ordinary Purpose at the Time of Delivery** | **Fails Because California Civil Code § 1791 Limits Implied Warranty to Express Warranty Period** | **Fails for Lack of Pre-Suit Notice** | **Fails Because Does Not Allege Privity with SEA** | **Fails to the Extent Based on UCC Provisions Applicable to Leased Goods** |
| | | (Part III.B.3) | (Part III.B.3) | (Part III.B.3) | (Part III.C.4) | (Part III.C.5) | (Part III.C.6) |
| Bianchi, R. | VA | N/A Asserted only on behalf of California Plaintiffs | | | | | |
| Bianchi, D. | VA | | | | | | |
| Marino | FL | | | | | | |
| Bishop | FL | | | | | | |
| Castelo, M. | CA | X | X | X | X | X | X |
| Castelo, F. | CA | X | X | X | X | X | X |
| Mahoney, J. | NJ | N/A Asserted only on behalf of California Plaintiffs | | | | | |
| Mahoney, L. | NJ | | | | | | |
| Cecconi, R. | PA | | | | | | |
| Cecconi, P. | PA | | | | | | |
| Kauffman | PA | | | | | | |
| Rosengarten | PA | | | | | | |

Case 2:17-cv-01263-CCC-MAH   Document 47-3   Filed 04/24/18   Page 13 of 15 PageID: 746

*Bianchi, et al. v. Samsung Electronics America, Inc.,* D.N.J., No. 2:17-cv-01263
**Defendant Samsung Electronics America, Inc.'s Motion to Dismiss First Amended Class Action Complaint (April 24, 2018)**

| COUNT XIV - NEW JERSEY CONSUMER FRAUD ACT | | | | |
|---|---|---|---|---|
| **Plaintiff** | **State** | **Fails Because Does Not Satisfy Rule 9(b)** | **Fails Because Does Not Plead An Ascertainable Loss** | **Fails Because Does Not Allege a Misrepresentation or Omission by SEA** |
| | | (Part III.E.1) | (Part III.E.4) | (Part III.E.4) |
| Bianchi, R. | VA | | | |
| Bianchi, D. | VA | | | |
| Marino | FL | N/A Asserted only on behalf of New Jersey Plaintiffs | | |
| Bishop | FL | | | |
| Castelo, M. | CA | | | |
| Castelo, F. | CA | | | |
| Mahoney, J. | NJ | **X** | **X** | **X** |
| Mahoney, L. | NJ | **X** | **X** | **X** |
| Cecconi, R. | PA | | | |
| Cecconi, P. | PA | N/A Asserted only on behalf of New Jersey Plaintiffs | | |
| Kauffman | PA | | | |
| Rosengarten | PA | | | |

Case 2:17-cv-01263-CCC-MAH   Document 47-3   Filed 04/24/18   Page 14 of 15 PageID: 747
*Bianchi, et al. v. Samsung Electronics America, Inc.*, D.N.J., No. 2:17-cv-01263
**Defendant Samsung Electronics America, Inc.'s Motion to Dismiss First Amended Class Action Complaint (April 24, 2018)**

| | | COUNT XV: EXPRESS WARRANTY | | |
|---|---|---|---|---|
| **Plaintiff** | **State** | **Fails Because No Timely Claim Ever Made by Plaintiffs or Denied by SEA** (Part III.B.1) | **Fails Due to Lack of Pre-Suit Notice** (Part III.B.2) | **Fails to the Extent Based on UCC Provisions Applicable to Leased Goods** (Part III.B.3) |
| Bianchi, R. | VA | | | |
| Bianchi, D. | VA | | | |
| Marino | FL | N/A Asserted only on behalf of New Jersey Plaintiffs | | |
| Bishop | FL | | | |
| Castelo, M. | CA | | | |
| Castelo, F. | CA | | | |
| Mahoney, J. | NJ | X | X | X |
| Mahoney, L. | NJ | X | X | X |
| Cecconi, R. | PA | | | |
| Cecconi, P. | PA | N/A Asserted only on behalf of New Jersey Plaintiffs | | |
| Kauffman | PA | | | |
| Rosengarten | PA | | | |

Case 2:17-cv-01263-CCC-MAH   Document 47-3   Filed 04/24/18   Page 15 of 15 PageID: 748

*Bianchi, et al. v. Samsung Electronics America, Inc.*, D.N.J., No. 2:17-cv-01263
**Defendant Samsung Electronics America, Inc.'s Motion to Dismiss First Amended Class Action Complaint (April 24, 2018)**

| COUNT XVII - PENNSYLVANIA UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION LAW ||||||| 
|---|---|---|---|---|---|---|
| **Plaintiff** | **State** | **Fails Because Does Not Satisfy Rule 9(b)** | **Fails Because Claim Barred Under Economic Loss Doctrine** | **Fails Because Does Not Allege Reliance** | **Fails Because Does Not Allege Causation** | **Fails to Allege Deceptive Conduct by SEA** |
| | | (Part III.E.1) | (Part III.B.5) | (Part III.B.5) | (Part III.B.5) | (Part III.B.5) |
| Bianchi, R. | VA | | | | | |
| Bianchi, D. | VA | | | | | |
| Marino | FL | | | | | |
| Bishop | FL | N/A Asserted only on behalf of Pennsylvania Plaintiffs ||||| 
| Castelo, M. | CA | | | | | |
| Castelo, F. | CA | | | | | |
| Mahoney, J. | NJ | | | | | |
| Mahoney, L. | NJ | | | | | |
| Cecconi, R. | PA | X | X | X | X | X |
| Cecconi, P. | PA | X | X | X | X | X |
| Kauffman | PA | X | X | X | X | X |
| Rosengarten | PA | X | X | X | X | X |