# Exhibit E

RF263TE****
RF263BE****

# Refrigerator
## user manual

Planet First  100 %
Recycled Paper

This manual is made with 100 % recycled paper.

English

imagine the possibilities



Thank you for purchasing this Samsung product.
To receive more complete service or accessory parts,
please register your product at or contact
www.samsung.com/register
1-800-SAMSUNG (726-7864)

Free Standing Appliance

SAMSUNG

# Warranty(USA)

## WARRANTY ON SAMSUNG REFRIGERATOR

LIMITED WARRANTY TO ORIGINAL PURCHASER

This Samsung brand product, as supplied and distributed by Samsung Electronics America, Inc. (Samsung) and delivered new, in the original carton to the original consumer purchaser, is warranted by Samsung against manufacturing defects in materials and workmanship for a limited warranty period of:

**One (1) year Parts and Labor on Refrigerator**
**Five (5) years Parts and Labor on sealed Refrigeration system only***
(*Compressor, evaporator, condenser, drier, connecting tubing)

This limited warranty begins on the original date of purchase, and is valid only on products purchased and used in the United States. To receive warranty service, the purchaser must contact Samsung for problem determination and service procedures. Warranty service can only be performed by a Samsung authorized service center. The original dated bill of sale must be presented upon request as proof of purchase to Samsung or Samsung authorized service center.

Samsung will repair or replace any part found to be defective, at our option and at no charge as stipulated herein, with new or reconditioned parts during the limited warranty period specified above. All replaced parts and products become the property of Samsung and must be returned to Samsung. Replacement parts and products assume the remaining original warranty, or ninety (90) days, whichever is longer.

In-home service will be provided during the warranty labor period subject to availability within the contiguous United States. In-home service is not available in all areas. To receive in-home service, the product must be unobstructed and accessible from floor level to service personnel. If during in-home service repair cannot be completed, it may be necessary to remove, repair and return the product. If in-home service is unavailable, Samsung may elect, at our option, to provide for transportation of our choice to and from a Samsung authorized service center. Otherwise, transportation to and from the Samsung authorized service center is the responsibility of the purchaser.

This limited warranty covers manufacturing defects in materials and workmanship encountered in normal, noncommercial use of this product, and shall not apply to the following, including, but not limited to: damage which occurs in shipment; delivery and installation; applications and uses for which this product was not intended; altered product or serial numbers; cosmetic damage or exterior finish; accidents, abuse, neglect, fire, water, lightning or other acts of nature; use of products, equipment, systems, utilities, services, parts, supplies, accessories, applications, installations, repairs, external plumbing and leaks, external wiring, circuit breakers, fuses or connectors not supplied and authorized by Samsung, or which damage this product or result in service problems; incorrect electrical line voltage, fluctuations and surges; customer adjustments and failure to follow operating instructions, cleaning, maintenance and environmental instructions that are covered and prescribed in the instruction book; loss of food due to spoilage; consumable items including filters and light.

THERE ARE NO EXPRESS WARRANTIES OTHER THAN THOSE LISTED AND DESCRIBED ABOVE, AND NO WARRANTIES WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, SHALL APPLY AFTER THE EXPRESS WARRANTY PERIODS STATED ABOVE, AND NO OTHER EXPRESS WARRANTY OR GUARANTY GIVEN BY ANY PERSON, FIRM OR CORPORATION WITH RESPECT TO THIS PRODUCT SHALL BE BINDING ON SAMSUNG. SAMSUNG SHALL NOT BE LIABLE FOR LOSS OF REVENUE OR PROFITS, FAILURE TO REALIZE SAVINGS OR OTHER BENEFITS, OR ANY OTHER SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES CAUSED BY THE USE, MISUSE OR INABILITY TO USE THIS PRODUCT, REGARDLESS OF THE LEGAL THEORY ON WHICH THE CLAIM IS BASED, AND EVEN IF SAMSUNG HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. NOR SHALL RECOVERY OF ANY KIND AGAINST SAMSUNG BE GREATER IN AMOUNT THAN THE PURCHASE PRICE OF THE PRODUCT SOLD BY SAMSUNG AND CAUSING THE ALLEGED DAMAGE. WITHOUT LIMITING THE FOREGOING, PURCHASER ASSUMES ALL RISK AND LIABILITY FOR LOSS, DAMAGE OR INJURY TO PURCHASER AND PURCHASER'S PROPERTY AND TO OTHERS AND THEIR PROPERTY ARISING OUT OF THE USE, MISUSE OR INABILITY TO USE THIS PRODUCT SOLD BY SAMSUNG NOT CAUSED DIRECTLY BY THE NEGLIGENCE OF SAMSUNG. THIS LIMITED WARRANTY SHALL NOT EXTEND TO ANYONE OTHER THAN THE ORIGINAL PURCHASER OF THIS PRODUCT, IS NONTRANSFERABLE AND STATES YOUR EXCLUSIVE REMEDY.

Some states do not allow limitations on how long an implied warranty lasts, or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you. This warranty gives you specific legal rights, and you may also have other rights, which vary from state to state.
To obtain warranty service, please contact Samsung at:

**SAMSUNG CUSTOMER CARE CENTER**
Samsung Electronics America, Inc. 85 Challenger Road  Ridgefield Park, NJ 07660
1-800-SAMSUNG (1-800-726-7864) and www.samsung.com

## In case the need for servicing arises

Do not hesitate to call any Samsung Authorized Service Center nearby giving them your name, address and telephone number when your product is not functioning properly.

## Warranty Information (CANADA)

**Limited Warranty for Original Purchaser**

This Samsung product is warranted by Samsung Electronics Canada, Inc. (hereafter referred to as SECA) against manufacturing defects in material or workmanship for the following periods:

    Labor : 1 year (in-home)
    Parts : 1 year
    Inverter Compressor : 10 years

SECA further warrants that if this product fails to operate properly within the specified warranty period and the failure is due to improper workmanship or defective material, SECA will repair or replace the product at its option.

All warranty repairs or part replacements must be performed by a SECA Authorized Service Center. (To find the nearest SECA Service Center, call 1-800-SAMSUNG (7267864) or visit our web site at www.samsung.com/ca)

**Obligation to the Original Owner**

The original dated sales receipt must be retained by the customer and is the only acceptable proof of purchase. It must be presented to a SECA Authorized Service Center at the time service is requested before warranty services are rendered. On all carry-in models, transportation to and from the Authorized Service Center is the responsibility of the customer.

**Exclusions of the Warranty**

This warranty does not cover damage due to accident, fire, flood, and/or other Acts of God, misuse, incorrect line voltage, improper installation, improper or unauthorized repairs, commercial use, or damage that occurs during shipping. Customer adjustments which are explained in this owners manual are not covered under the terms of this warranty. This warranty will automatically be voided for any unit found with a missing or altered serial number. This warranty is valid only on products purchased and used in the Canada.

Samsung Electronics Canada Inc., Customer Service
55 Standish Court Mississauga, Ontario L5R 4B2
Canada

**Customer Care Center 1-800-SAMSUNG(7267864)**
**Customer Care Center fax. 1-866-436-4617**

If you have any questions or comments relating to Samsung products,
please contact the SAMSUNG customer care center.
SAMSUNG ELECTRONICS CANADA, INC.
55 STANDISH COURT MISSISSAUGA, ONTARIO L5R 4B2 CANADA
TEL : 905-542-3535 FAX : 905-542-3835
1-800-SAMSUNG (726-7864)
www.samsung.com/ca
