# Exhibit G



| SERVICE BULLETIN | |
|---|---|
| Product: | Refrigerators |
| Bulletin Date: | 08/18/2014 |
| Bulletin Number | ASC20140818002 |
| Models: | RF23HCEDBBC/AA    RF34H9960S4/AA<br>RF28HFEDTBC/AA    RF23HCEDBSR/AA<br>RF28HFEDTSR/AA    RF23HCEDBWW/AA<br>RF28HFEDTWW/AA   RF24FSEDBSR/AA<br>RF28HFPDBSR/AA    RF263BEAEBC/AA<br>RF30HBEDBSR/AA    RF263BEAESP/AA<br>RF30HDEDTSR/AA    RF263BEAESR/AA<br>RF31FMEDBBC/AA    RF263BEAEWW/AA<br>RF31FMEDBSR/AA    RF263TEAEBC/AA<br>RF31FMEDBWW/AA   RF263TEAESP/AA<br>RF31FMESBSR/AA    RF263TEAESR/AA<br>RF323TEDBBC/AA    RF263TEAEWW/AA<br>RF323TEDBSR/AA    RF28HDEDBSR/AA<br>RF323TEDBWW/AA   RF28HDEDTSR/AA<br>RF32FMQDBSR/AA    RF28HFEDBBC/AA<br>RF32FMQDBXW/AA   RF28HFEDBSR/AA<br>RF34H9950S4/AA    RF28HFEDBWW/AA |

**SUBJECT:**   Air leaking into the Ice Room from a gap between the wall and the ice room floor. (Direct Contact Ice Makers only)

**Symptom:**   Frozen water on ice room floor, ice on bottom of ice maker, water dripping into the fresh food section.



**Factory Solution:**   All new production units now undergo an improved inspection to identify and correct the gap.  The new process has been in effect since March 2014.

**Field Repair:**   Apply a bead of RTV Epoxy to the gap to improve the seal between the ice room and the wall.

**Part number:**   DA81-05595A A/S Epoxy



This information is published for informational purposes only and intended for use only by personnel qualified for the specific tasks depicted. Qualified personnel are those who, based on their training and experience, are capable of identifying risks and avoiding potential hazards when handling or servicing a product. Only qualified personnel should repair products powered by electricity. Any attempt to handle, service or repair the product or products by anyone other than qualified personnel could result in serious injury or death. You agree that your use of and reliance on this information is at your sole risk. This information is subject to change or update without notice. There are no warranties, either expressed or implied, regarding the accuracy or completeness of this information.

**Repair procedure:**

1. Remove the ice bucket and check for a gap. Look for light along the edge.

 

2. If a gap exists, remove the wiring cover.
3. Cut the end of the RTV Epoxy application cap at a 45 degree angle close to the tip.

 

4. Make sure the ice room floor is completely dry.
5. Apply a thin bead of RTV from the back to the front to fill the gap.
6. Verify that the light no longer shines through.
7. Reinstall the wiring cover and the ice bucket.



This information is published for informational purposes only and intended for use only by personnel qualified for the specific tasks depicted. Qualified personnel are those who, based on their training and experience, are capable of identifying risks and avoiding potential hazards when handling or servicing a product. Only qualified personnel should repair products powered by electricity. Any attempt to handle, service or repair the product or products by anyone other than qualified personnel could result in serious injury or death. You agree that your use of and reliance on this information is at your sole risk. This information is subject to change or update without notice. There are no warranties, either expressed or implied, regarding the accuracy or completeness of this information.

**Serial Number Example:**

| JJ5543CF300160A |
|---|

| Production Year | | | Production Month |
|---|---|---|---|
| S = 2009 | Z = 2010 | B = 2011 | 1 ~ 9 = January ~ September |
| C = 2012 | D = 2013 | F = 2014 | A = October, B = November |
| G = 2015 | H = 2016 | J = 2017 | C = December |

**In the example:**     F = 2014 and 3 = March

**Note**: Consult the Samsung Service Website at (http://.service.samsungportal.com) for the Service Manual and other information on this product.

## Symptom Codes

| Symptom 1 | Symptom 2 | Symptom 3 | Symptom 4 |
|---|---|---|---|
| L3 | 03 | 03 | |

This information is published for informational purposes only and intended for use only by personnel qualified for the specific tasks depicted. Qualified personnel are those who, based on their training and experience, are capable of identifying risks and avoiding potential hazards when handling or servicing a product. Only qualified personnel should repair products powered by electricity. Any attempt to handle, service or repair the product or products by anyone other than qualified personnel could result in serious injury or death. You agree that your use of and reliance on this information is at your sole risk. This information is subject to change or update without notice. There are no warranties, either expressed or implied, regarding the accuracy or completeness of this information.