# Exhibit H

# SAMSUNG

| SERVICE BULLETIN | |
|---|---|
| Product: | French Door Refrigerators |
| Bulletin Date: | 07/17/2015 |
| Bulletin Number | ASC20150717001 |
| Models: | RF23HCEDB, RF23HCEDT, RF23HSESB, RF23HTEDB, RF23J9011, RF24FSEDB, RF25HMEDB, RF263BEAE, RF263TEAE, RF26J7500, RF28HDEDB, RF28HDEDT, RF28HFEDB, RF28HFEDT, RF28HFPDB, RF30HDEDT, RF31FMEDB, RF31FMESB, RF323TEDB, RF32FMQDB, RF34H9950, RF34H9960, ALL COLORS |

**SUBJECT:** Ice room or ice maker frozen or leaking, fan noise from ice room

**Customer Complaint:** One or more of the following symptoms

1. Ice crystals and water droplets form at the bottom of the ice maker. Slushy Ice
2. Water under the crispers or running down the left side wall due to a gap in the ice room.
3. Fan noise that stops when FF door is opened due to ice in ice room fan duct.
4. The ice bucket is stuck and will not come out (possible clogged drain)

1        2        3        4

**Solutions are listed here in order of probability**

## Root Cause # 1

The water hose to the ice room fill tube is inserted too far into the fitting which causes water to splash out during the ice maker fill cycle. This water settles in the ice maker tray, causing condensation and frost.

## Field Solution # 1:

- Remove the ice maker, and then check the fill opening using an inspection mirror (see pictures below).
- The fill tube may be inserted too far.
- If tube is inserted too far, the fill tube (grey) can be pulled back slightly.

  

This information is published for informational purposes only and intended for use only by personnel qualified for the specific tasks depicted. Qualified personnel are those who, based on their training and experience, are capable of identifying risks and avoiding potential hazards when handling or servicing a product. Only qualified personnel should repair products powered by electricity. Any attempt to handle, service or repair the product or products by anyone other than qualified personnel could result in serious injury or death. You agree that your use of and reliance on this information is at your sole risk. This information is subject to change or update without notice. There are no warranties, either expressed or implied, regarding the accuracy or completeness of this information.

- The picture below left shows the fill tube inserted properly in the fitting. Only a short length of the tube is visible inside the opening.  A shorter amount of visible tubing is also correct.

- **The picture on the right shows the black mark on the fill tube. <u>This mark can be used as a guide, but always inspect the tube from the inside to verify correct positioning. The mark should be completely visible.</u>**

**Hose inserted correctly.**

 

**<u>Be sure to secure the tubing in the back so that the tube is flat with no loop.  This will prevent the tube from returning to the incorrect position when you push the unit back into place.</u>**

 

## Root Cause # 2

There is a gap between the liner and the floor of the ice room.  The gap is due to variances in the surfaces.  Warmer air from the FF section is drawn into the ice room, causing condensation and slushy ice.

**Abnormal Gap**



This information is published for informational purposes only and intended for use only by personnel qualified for the specific tasks depicted. Qualified personnel are those who, based on their training and experience, are capable of identifying risks and avoiding potential hazards when handling or servicing a product. Only qualified personnel should repair products powered by electricity. Any attempt to handle, service or repair the product or products by anyone other than qualified personnel could result in serious injury or death. You agree that your use of and reliance on this information is at your sole risk. This information is subject to change or update without notice. There are no warranties, either expressed or implied, regarding the accuracy or completeness of this information.

**Field Solution # 2:**

- Remove the ice maker and the auger motor assembly following the correct procedures.
- Apply a bead of RTV Epoxy to the seam **from back to front** (see illustration below).
- Best results are achieved when the ice room is dry and warm, but do not use a heat gun or hair dryer to assist.

 

**Part number: DA81-05595A A/S Epoxy**

<u>Note:</u>  **Shine a light from the bottom of the ice room to see the gap.  If all you see is a dim light, that is not a gap, it is light passing through the foam seal.  This is normal and no epoxy is needed.  Check for other causes.**

## Root Cause # 3

- Ice forms in the ice room fan air duct, causing fan noise and icing up.  This is caused by water running down the air duct cover and puddling in the duct.  The water freezes and builds up over time.



**Field Solution # 3:**

- Remove the ice maker following correct procedures.
- Using a sharp utility knife, remove the rib from the lower left and right corners of the air duct cover. This will allow the water to flow into the back of the ice maker and down the drain.

 

This information is published for informational purposes only and intended for use only by personnel qualified for the specific tasks depicted. Qualified personnel are those who, based on their training and experience, are capable of identifying risks and avoiding potential hazards when handling or servicing a product. Only qualified personnel should repair products powered by electricity. Any attempt to handle, service or repair the product or products by anyone other than qualified personnel could result in serious injury or death. You agree that your use of and reliance on this information is at your sole risk. This information is subject to change or update without notice. There are no warranties, either expressed or implied, regarding the accuracy or completeness of this information.

**Factory Solution # 3:**

Beginning with July 2015 production, the ribs will be removed.  This is not a field-replaceable part.

| OLD | NEW |
|---|---|
|  |  |

**Root Cause # 4:**

The drain tube that runs from the ice room to the drain pan is frozen or clogged.  Water backs up into the ice room and freezes. The ice bucket becomes stuck or the system will not dispense properly.

**Field Solution # 4:**

- Use a steamer to defrost the ice buildup. This may take some time depending on the amount of ice.
- Remove the ice maker and auger motor, and then use a steamer to defrost the frozen drain.




**For RF32FMQDB models produced before March of 2014 (F3 in the serial number), replace the Main PCB.  This does not apply to any other model.**

**Note:** Consult the Samsung Service Website at (http://.service.samsungportal.com) for the Service Manual and other information about these products.

| Symptom 1 | Symptom 2 | Symptom 3 |
|---|---|---|
| Operation | Ice and water | No ice / not dispensing ice/ ice bucket stuck, etc. |

This information is published for informational purposes only and intended for use only by personnel qualified for the specific tasks depicted. Qualified personnel are those who, based on their training and experience, are capable of identifying risks and avoiding potential hazards when handling or servicing a product. Only qualified personnel should repair products powered by electricity. Any attempt to handle, service or repair the product or products by anyone other than qualified personnel could result in serious injury or death. You agree that your use of and reliance on this information is at your sole risk. This information is subject to change or update without notice. There are no warranties, either expressed or implied, regarding the accuracy or completeness of this information.