# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD BIANCHI AND DEBRA BIANCHI, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., et al.,<br><br>  Defendants, | Civil No. 17-1263 (CCC)<br><br>**MEDIATION ORDER** |

This matter having come before the Court; and it appearing that private mediation would conserve the resources and be in the best interests of the Court and the parties;

**IT IS** on this 2nd day of April, 2019,

**ORDERED THAT:**

1. This civil action be and hereby is referred to mediation.

2. Counsel and the parties shall participate in mediation and shall cooperate with the mediator. The parties have fourteen (14) days to select a mutually agreeable mediator and inform of the Court of their selection.

3. Counsel and the parties (including individuals with settlement authority) shall attend mediation sessions as requested by the mediator.

4. Defendants' Motion to Dismiss the First Amended Class Action Complaint (ECF No. 47) is terminated without prejudice. To the extent this matter is not resolved through mediation, the motion shall be deemed reinstated.

**SO ORDERED.**

_____
**HON. CLAIRE C. CECCHI**
United States District Judge