UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD BIANCHI, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Civil Action No. 17-cv-1263 (CCC) (MF)<br><br>CONSENT ORDER GRANTING WITHDRAWAL OF PHILIP M. OLISS AS COUNSEL OF RECORD FOR SAMSUNG ELECTRONICS AMERICA, INC. |

**THIS MATTER** having come before the Court upon the application of Philip M. Oliss to withdraw as Counsel of Record for Defendant Samsung Electronics America, Inc. ("SEA"), and it appearing that SEA consents to the withdrawal, by and through the signatures of its remaining counsel, Tompkins, McGuire, Wachenfeld & Barry LLP and Squire Patton Boggs (US) LLP, and furthermore, that Plaintiffs' counsel consents to the withdrawal, by and through the signature of Mitchell M. Breit of Simmons Hanly Conroy LLC;

**IT IS** on this ____ day of _____, 2019

**ORDERED** that:

1. Philip M. Oliss is hereby granted his withdrawal as Counsel of Record for SEA;

2. Philip M. Oliss's name and email address be removed from the case's official docket.

_____
HONORABLE MARK FALK

1

The undersigned hereby consents to the entry of the foregoing order.

*s/ Mitchell M. Breit*
Mitchell M. Breit, Esq.

**SIMMONS HANLY CONROY LLC**
Mitchell M. Breit
Paul J. Hanly, Jr. (admitted *pro hac vice*)
112 Madison Avenue, 7th Fl.
New York, New York 10016
Tel. 212-784-6400
Fax 212-213-5949
mbreit@simmonsfirm.com

**KOHN, SWIFT & GRAF, P.C.**
Jonathan Shub (admitted *pro hac vice*)
One South Broad Street, Suite 2100
Philadelphia, Pennsylvania 19107
Tel. 215-238-1700
Fax 215-238-1868
jshub@kohnswift.com

**GREG COLEMAN LAW PC**
Gregory F. Coleman (admitted *pro hac vice*)
Mark E. Silvey (admitted *pro hac vice*)
Adam A. Edwards (admitted *pro hac vice*)
Lisa A. White (admitted *pro hac vice*)
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
Tel. 865-247-0080
Fax 865-533-0049
greg@gregcolemanlaw.com
mark@gregcolemanlaw.com
adam@gregcolemanlaw.com
lisa@gregcolemanlaw.com

Attorneys for PLAINTIFFS

*s/ Sean P. Neafsey*
Sean P. Neafsey, Esq.

**SQUIRE PATTON BOGGS (US) LLP**
Sean P. Neafsey
One Riverfront Plaza
1037 Raymond Blvd., Suite 600
Newark, New Jersey 07102
Tel. 973-848-5600
Fax 973-848-5601
sean.neafsey@squirepb.com

Philip M. Oliss (admitted *pro hac vice*)
Bruce Khula (admitted *pro hac vice*)
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Tel. 216-479-8500
Fax 216-479-8780
philip.oliss@squirepb.com
bruce.khula@squirepb.com

**TOMPKINS, MCGUIRE, WACHENFELD & BARRY LLP**
James J. O'Hara
3 Becker Farm Road
Fourth Floor
Roseland, New Jersey 07068
Tel. 973-623-7041
Fax 973-623-7780
johara@tompkinsmcguire.com

Attorneys for DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.