**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RONALD BIANCHI, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Civil Action No. 17-cv-1263 (CCC) (MF)<br><br>CONSENT ORDER GRANTING WITHDRAWAL OF PHILIP M. OLISS AS COUNSEL OF RECORD FOR SAMSUNG ELECTRONICS AMERICA, INC. |

**THIS MATTER** having come before the Court upon the application of Philip M. Oliss to withdraw as Counsel of Record for Defendant Samsung Electronics America, Inc. ("SEA"), and it appearing that SEA consents to the withdrawal, by and through the signatures of its remaining counsel, Tompkins, McGuire, Wachenfeld & Barry LLP and Squire Patton Boggs (US) LLP, and furthermore, that Plaintiffs' counsel consents to the withdrawal, by and through the signature of Mitchell M. Breit of Simmons Hanly Conroy LLC;

**IT IS** on this 31 day of May, 2019

**ORDERED** that:

1. Philip M. Oliss is hereby granted his withdrawal as Counsel of Record for SEA;

2. Philip M. Oliss's name and email address be removed from the case's official docket.

*[signature]*
HONORABLE MARK FALK