## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD BIANCHI AND DEBRA BIANCHI, MADELINE MARINO AND RICHARD BISHOP, MARIE CASTELO AND FRANCISCO CASTELO, JOHN MAHONEY AND LAURA MAHONEY, RON CECCONI AND PATRICIA CECCONI AND EDA KAUFFMAN AND ROGER ROSENGARTEN, On behalf of themselves and all others similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD. <br><br> Defendants | Case No.: 2:17-cv-01263-CCC-MF <br><br> ~~PROPOSED~~ ORDER GRANTING MOTION FOR KEVIN LAUKAITIS ADMISSION *PRO HAC VICE* |

This motion having been opened to the Court by SIMMONS HANLY CONROY, attorneys for Plaintiffs ("Plaintiffs'), upon its application for an order granting Kevin Laukaitis, attorney-at-law in Illinois, admission to practice *pro hac vice*, and the Court having considered the motion and good cause having been shown:

IT IS on this _30_ day of _January_, 2020, ORDERED as follows:

1. Kevin Laukaitis is admitted *pro hac vice* to appear in this matter on behalf of Plaintiff.

2. Kevin Laukaitis is required to abide by the rules governing this Court.

3. Kevin Laukaitis is deemed to consent to the appointment of the Clerk of the Court as agent upon whom service of process may be made for all actions against his law office that may arise out of their participation in this matter.

4. Mitchell M. Breit an attorney and shareholder at SIMMONS HANLY CONROY and a member of the bar of the Court, has entered an appearance in this case and shall be counsel of

record in accordance with Local Civil Rule 101.1(c)(4).

5. In accordance with Local Civil Rule 101.1(c)(3), Kevin Laukaitis will make a payment of $150.00 payable to the Clerk, USDC.

_____
United States District Judge

**MARK FALK**
U.S. Magistrate Judge