IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| RONALD BIANCHI, *et al.*, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>                    Defendants. | No. 17-cv-1263 (CCC) (MF)<br><br>NOTICE OF WITHDRAWAL OF LISA A. WHITE AS COUNSEL FOR PLAINTIFF |

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT Lisa A. White of Greg Coleman Law PC hereby withdraws as counsel of record for Ronald Bianchi, et al., on behalf of themselves and all others similarly situated in the above-styled action.  Gregory F. Coleman, Adam A. Edwards, and Mark E. Silvey of Greg Coleman Law PC will continue as counsel of record for Plaintiffs.

Dated: May 21, 2021

SIMMONS HANLY CONROY

*/s/ Mitchell M. Breit*
Mitchell M. Breit
112 Madison Avenue, 7th Floor
New York, New York 10016-7416
Telephone (212) 238-1700
mbreit@simmonsfirm.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on May 21, 2021, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system, on all attorneys of record.

*/s/ Mitchell M. Breit*

Mitchell M. Breit
112 Madison Avenue, 7th Floor
New York, New York 10016-7416
Telephone (212) 238-1700
mbreit@simmonsfirm.com