# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD BIANCHI, et al.<br>on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.<br><br>    Defendants. | CIVIL ACTION NO. 2:17-cv-01263<br><br>DOCUMENT ELECTRONICALLY FILED<br><br>NOTICE OF MOTION FOR ADMISSIONS OF JASON "JAY" BARNES *PRO HAC VICE* |

    1.    PLEASE TAKE NOTICE that pursuant to Local Rule Civil 101 of the United States District Court for the District of New Jersey, Mitchell M. Breit of Milberg Coleman Bryson Phillips Grossman, PLLC, hereby requests the entry of an Order admitting Jason "Jay" Barnes to practice before this Court in this matter *pro hac vice*, on behalf of Plaintiff RONALD BIANCHI ("Plaintiff").

    2.    PLEASE TAKE NOTICE that the certification of Jason "Jay" Barnes in support of the application is submitted with this motion;

    3.    PLEASE TAKE NOTICE that the certification of Mitchell M. Breit in support of this application, as local counsel, is submitted with this motion;

    4.    PLEASE TAKE FURTHER NOTICE that a form of order on this application is submitted with this notice of motion.

Dated: July 6, 2021        Respectfully submitted,

                                      /s/ *Mitchell M. Breit*
                                      Mitchell M. Breit
                                      Milberg Coleman Bryson Phillips Grossman, PLLC
                                      800 S. Gay Street, Suite 1100
                                      Knoxville, TN 37929

Telephone: (865) 247-0080<br>
mbreit@milberg.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Motion for Admission *Pro Hac Vice* has been electronically filed with the Court and is available for download and viewing using the Court's Electronic Case Filing System on this 6th day of July, 2021.

/s/ *Mitchell M. Breit*
Mitchell M. Breit