IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD BIANCHI, et al. on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD. <br><br> Defendants. | CIVIL ACTION NO. 2:17-cv-01263 <br><br> *DOCUMENT ELECTRONICALLY FILED* <br><br> CERTIFICATION OF JASON "JAY" BARNES IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* |

I, JASON "JAY" BARNES, hereby certify as follows:

1. I am an attorney and shareholder with Simmons Hanly Conroy, One Court Street, Alton, Illinois 62012.

2. I am and have been a member in good standing of the State Bar of Missouri since 2005.

3. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

4. I understand that if I am admitted *pro hac vice* I will be subject to the disciplinary jurisdiction of the United States District Court of New Jersey and in accordance with the Local District Rule 101.1(c)(2), will make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-29(a) for each calendar year in which this case is pending.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2021

_____
Jason "Jay" Barnes
Simmons Hanly Conroy
One Court Street

Alton, IL 62002
618-259-2222 (T)
618-259-2251 (F)
jaybarnes@simmonsfirm.com