## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD BIANCHI, et al. on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.<br><br>Defendants. | CIVIL ACTION NO. 2:17-cv-01263<br><br>*DOCUMENT ELECTRONICALLY FILED*<br><br>CERTIFICATION OF MITCHELL M. BREIT IN SUPPORT OF THE *PRO HAC VICE* APPLICATION OF JASON "JAY" BARNES |

I, Mitchell M. Breit, hereby certify as follows:

1. I am an attorney and partner at the law firm of Milberg Coleman Bryson Phillips Grossman, PLLC. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's Motion to Admit Jason "Jay" Barnes as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New Jersey, and I was admitted to practice law in New Jersey in 1989. I was admitted to the bar of this Court in 1989, and I am in good standing in this Court.

3. Jason "Jay" Barnes is co-counsel in this action. I have found Mr. Barnes to be a skilled attorney and a person of integrity. He is experienced in litigation practice, including federal practice and is familiar with the Federal Rules of Procedure. Mr. Barnes's abilities and experience will aid in the prosecution of this matter.

4. In accordance with Local Civil Rule 101.1(c), I will ensure that in-state counsel shall be served all papers and that in-state counsel will sign all pleadings, briefs, and papers. I will

ensure in-state counsel will appear at all proceedings.  I will hold responsibility for the conduct of out-of-state counsel.

5.	Defendant does not oppose this motion.

6.	Accordingly, I am pleased to move the admission of Jason "Jay" Barnes, *pro hac vice*.

WHEREFORE, it is respectfully requested that the motion to admit Jason "Jay" Barnes, *pro hac vice*, to represent Plaintiff in the above-captioned matter, be granted.

Dated:  July 6, 2021					Respectfully submitted,


					/s/ *Mitchell M. Breit*
					Mitchell M. Breit
					Milberg Coleman Bryson Phillips Grossman, PLLC
					800 S. Gay Street, Suite 1100
					Knoxville, TN 37929
					Telephone: (865) 247-0080
					mbreit@milberg.com