## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD BIANCHI, *et al.* on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.<br><br>Defendants. | CIVIL ACTION NO. 2:17-cv-01263<br><br>*DOCUMENT ELECTRONICALLY FILED*<br><br>[PROPOSED] ORDER GRANTING JASON "JAY" BARNES'S ADMISSION TO PRACTICE *PRO HAC VICE* |

This motion having been opened to the Court by Simmons Hanly Conroy LLC, attorneys for Plaintiff RONALD BIANCHI ("Plaintiff"), upon its application for an order granting Jason "Jay" Barnes, attorney-at-law in Missouri, admission to practice *pro hac vice*, and the Court having considered the motion and good cause having been shown:

IT IS on this _____ day of _____, 2021, ORDERED as follows:

1. Jason "Jay" Barnes is admitted *pro hac vice* to appear in this matter on behalf of Plaintiff.

2. Jason "Jay" Barnes is required to abide by the rules governing this Court.

3. Jason "Jay" Barnes is deemed to consent to the appointment of the Clerk of the Court as agent upon whom service of process may be made for all actions against his law office that may arise out of their participation in this matter.

4. Mitchell M. Breit an attorney and partner at Milberg Coleman Bryson Phillips Grossman, PLLC and a member of the bar of the Court, has entered an appearance in this case and shall be counsel of record in accordance with Local Civil Rule 101.1(c)(4).

5. In accordance with Local Civil Rule 101.1(c)(3), Jason "Jay" Barnes will make a payment of $150.00 payable to the Clerk, USDC.

_____
United States District Judge