James J. O'Hara
TOMPKINS, MCGUIRE, WACHENFELD &
BARRY LLP
3 Becker Farm Road
Fourth Floor
Roseland, New Jersey 07068
Tel. 973-623-7041
Fax 973-623-7780
johara@tompkinsmcguire.com
*Attorneys for Defendant SAMSUNG*
*ELECTRONICS AMERICA, INC.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RONALD BIANCHI AND DEBRA BIANCHI, MADELINE MARINO AND RICHARD BISHOP, MARIE CASTELO AND FRANCISCO CASTELO, JOHN MAHONEY AND LAURA MAHONEY, RON CECCONI AND PATRICIA CECCONI AND EDA KAUFFMAN AND ROGER ROSENGARTEN, On behalf of themselves and all others similarly situated | ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 2:17-cv-01263-CCC-MF<br><br>**NOTICE OF WITHDRAWAL OF BRIAN M. ENGLISH, ESQ. AS COUNSEL FOR DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.** |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD. | ) ) ) | |
| Defendants. | ) ) | |

PLEASE TAKE NOTICE that the undersigned hereby withdraws as counsel for defendant

Samsung Electronics America, Inc. due to my appointment as a Judge of the Superior Court of

New Jersey, Middlesex Vicinage.  Please remove me from the counsel list and discontinue sending

me NEFs.  Samsung Electronics America, Inc. will continue to be represented by James J. O'Hara of my former firm.

July 10, 2021                              By: _____
                                                Brian M. English


James J. O'Hara
TOMPKINS, MCGUIRE, WACHENFELD & BARRY LLP
3 Becker Farm Road
Fourth Floor
Roseland, New Jersey 07068
Tel. 973-623-7041
Fax 973-623-7780
johara@tompkinsmcguire.com
*Attorneys for Defendant SAMSUNG ELECTRONICS AMERICA, INC.*

SO ORDERED.


DATED:_____       _____
                            Honorable Mark Falk
                            Senior United States Magistrate Judge