# TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP

*Counselors at Law*

3 BECKER FARM ROAD, SUITE 402
ROSELAND, NEW JERSEY 07068-1726
Roseland (973) 622-3000
New York (212) 714-1720

**James J. O'Hara**
Partner

FAX (973)623-7780
www.tompkinsmcguire.com

Direct Line (973) 623-7041
johara@tompkinsmcguire.com

October 13, 2021

**Via ECF**
The Honorable Michael A. Hammer,
United States Magistrate Judge
Martin Luther King, Jr. Federal Building
and Courthouse, 2nd Floor
50 Walnut Street
Newark, New Jersey 07102

    **Re:**    *Bianchi v. Samsung Electronics America, Inc. et al.*
              **Civil Action No.: 2:17-cv-01263-CCC-MH**

Dear Judge Hammer:

    This firm, along with Squire Patton Boggs (US) LLP, represents defendant Samsung Electronics America, Inc. ("SEA") in the above-referenced matter. Together with Plaintiffs' counsel, Mitchell Breit, we are providing a joint status report in furtherance of the Court's request of October 6, 2021.

    We are pleased to report that a mediation with the Honorable Dennis M. Cavanaugh, U.S.D.J. (Ret.) has resulted in a Settlement Agreement. In fact, the parties are presently involved in the final exchange of signatures and other action necessary to consummate the settlement. We hope to complete this process in the next few weeks and will provide the Court with an update in early November 2021, if Your Honor deems this acceptable.

The Honorable Michael A. Hammer
United States Magistrate Judge
October 13, 2021
Page 2

| | |
|---|---|
| Respectfully, | Respectfully, |
| */s/ James J O'Hara* | */s/ Mitchell Breit* |
| JAMES J. O'HARA<br>On behalf of Defendant,<br>Samsung Electronics America, Inc. | MITCHELL BREIT<br>On behalf of Plaintiffs |

JJO/js
Cc: All counsel (by ECF)