| | |
|---|---|
| **SHUB LAW FIRM LLC**<br>Jonathan Shub<br>Kevin Laukaitis<br>134 Kings Hwy E, 2nd Floor<br>Haddonfield, NJ 08033<br>Tel. 856-772-7200<br>Fax 856-210-9088<br>jshub@shublawyers.com<br>kalukaitis@shublawyers.com<br>Attorneys for Plaintiffs | James J. O'Hara<br>**TOMPKINS, MCGUIRE, WACHENFELD & BARRY LLP**<br>3 Becker Farm Road<br>Fourth Floor<br>Roseland, New Jersey 07068<br>Tel. 973-623-7041<br>Fax 973-623-7780<br>johara@tompkinsmcguire.com<br>Attorneys for Defendant SAMSUNG ELECTRONICS AMERICA, INC. |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD BIANCHI AND DEBRA BIANCHI, MADELINE MARINO AND RICHARD BISHOP, MARIE CASTELO AND FRANCISCO CASTELO, JOHN MAHONEY AND LAURA MAHONEY, RON CECCONI AND PATRICIA CECCONI AND EDA KAUFFMAN AND JAMES ROSENGARTEN, On behalf of themselves and all others similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.<br><br>Defendants | Case No.: 2:17-cv-01263-CCC-MH<br><br>PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO CERTAIN PLAINTIFFS |

The parties hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon by Named Plaintiffs Madeline Marino, Richard Bishop, Marie Castelo, and Francisco Castelo. Each party to bear their own costs and attorneys' fees.

1

**SHUB LAW FIRM LLC**
*Attorneys for Plaintiffs Ronald Bianchi, Debra Bianchi, John Mahoney, Laura Mahoney, Eda Kauffman, and James Rosengarten*

By: */s/ Jonathan Shub*
         Jonathan Shub

**Milberg**
**Coleman Bryson Phillips Grossman**
*Attorneys for Plaintiffs Madeline Marino, Richard Bishop, Marie Castelo, and Francisco Castelo.*

By: */s/ Mitchell Breit*
         Mitchell Breit

**TOMPKINS, MCGUIRE, WACHENFELD & BARRY LLP**
*Attorneys for Defendant Samsung Electronics America, Inc.*

By: */s/ James J. O'Hara*
         James J. O'Hara

Date: October 19, 2021

2

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy f the foregoing PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO CERTAIN PLAINTIFFS was filed this 19th day of October 2021, via the electronic filing system of the United States District Court for the District of New Jersey, which will automatically serve all counsel of record.

> */s/ Jonathan Shub*
> Jonathan Shub