# TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP

*Counselors at Law*

3 BECKER FARM ROAD, SUITE 402
ROSELAND, NEW JERSEY 07068-1726
Roseland (973) 622-3000
New York (212) 714-1720

| | | |
|---|---|---|
| **James J. O'Hara** | FAX (973)623-7780 | Direct Line (973) 623-7041 |
| Partner | www.tompkinsmcguire.com | johara@tompkinsmcguire.com |

October 22, 2021

**Via ECF**
The Honorable Michael A. Hammer,
United States Magistrate Judge
Martin Luther King, Jr. Federal Building
And Courthouse, 2nd Floor
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Bianchi v. Samsung Electronics America, Inc. et al.*
             **Civil Action No.: 2:17-cv-01263-CCC-MF**

Dear Judge Hammer:

     Along with Plaintiffs' counsel, Mitchell Breit, we provided a joint status report in furtherance of the Court's request of October 6, 2021. In that report, we indicated that as a result of a mediation with Judge Dennis Cavanaugh (Ret.), the parties have a settlement in principal and are working on final details necessary to consummate the settlement. In response, Your Honor forwarded a message about entering a 60-day Order on October 25, 2021. After reviewing the matter with Mr. Breit, the parties believe that entry of a 60-day Order at this time is premature. Additionally, Judge Cavanaugh has authorized me to let the Court know that he can address questions about the settlement and plans to talk with Your Honor early next week.

| | |
|---|---|
| Respectfully, | Respectfully, |
| | |
| */s/ James J O'Hara* | */s/ Mitchell Breit* |
| | |
| JAMES J. O'HARA | MITCHELL BREIT |
| On behalf of Defendant, | On behalf of Plaintiffs |
| Samsung Electronics America, Inc. | |

JJO/js
Cc: All counsel (w/encls.) (by ECF)