# TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP

*Counselors at Law*

3 BECKER FARM ROAD, SUITE 402
ROSELAND, NEW JERSEY 07068-1726
Roseland (973) 622-3000
New York (212) 714-1720

| | | |
|---|---|---|
| James J. O'Hara<br>Partner | FAX (973)623-7780<br>www.tompkinsmcguire.com | Direct Line (973) 623-7041<br>johara@tompkinsmcguire.com |

February 15, 2022

**Via ECF**
The Honorable Michael A. Hammer,
United States Magistrate Judge
Martin Luther King, Jr. Federal Building
And Courthouse, 2nd Floor
50 Walnut Street
Newark, New Jersey 07102

Re: *Bianchi v. Samsung Electronics America, Inc. et al.*
**Civil Action No.: 2:17-cv-01263-CCC-MAM**

Dear Judge Hammer:

This firm, along with Squire Patton Boggs (US) LLP, represents defendant Samsung Electronics America, Inc. ("SEA") in the above-referenced matter. Together with Plaintiffs' counsel, we are providing a joint status report in furtherance of the Court's Text Order of January 10, 2022.

As previously reported, a mediation with the Honorable Dennis M. Cavanaugh, U.S.D.J. (Ret.) resulted in a Settlement Agreement. The parties continue to work jointly and propose updating the Court with our further progress in April 2022.

Respectfully,

*/s/ James J O'Hara*

JAMES J. O'HARA
On behalf of Defendant,
Samsung Electronics America, Inc.

Respectfully,

*/s/ Kevin Laukaitis*

KEVIN LAUKAITIS
On behalf of Plaintiffs

cc: Honorable Dennis M. Cavanaugh, U.S.D.J. (Ret.)

*[Handwritten:]* The parties shall submit an updated joint status report on or before April 1, 2022.

SO ORDERED

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

Date: 2/16/2022