# TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP

*Counselors at Law*

3 BECKER FARM ROAD, SUITE 402
ROSELAND, NEW JERSEY 07068-1726
Roseland (973) 622-3000
New York (212) 714-1720

| | | |
|---|---|---|
| James J. O'Hara<br>Partner | FAX (973)623-7780<br>www.tompkinsmcguire.com | Direct Line (973) 623-7041<br>johara@tompkinsmcguire.com |

March 30, 2022

**Via ECF**
The Honorable Michael A. Hammer,
United States Magistrate Judge
Martin Luther King, Jr. Federal Building
And Courthouse, 2nd Floor
50 Walnut Street
Newark, New Jersey 07102

> Re: ***Bianchi v. Samsung Electronics America, Inc. et al.***
> **Civil Action No.: 2:17-cv-01263-CCC-MAM**

Dear Judge Hammer:

This firm, along with Squire Patton Boggs (US) LLP, represents defendant Samsung Electronics America, Inc. ("SEA") in the above-referenced matter. As per Your Honor's direction in the Order of February 16, 2022, we are providing a joint status report.

An extended mediation with the Honorable Dennis M. Cavanaugh, U.S.D.J. (Ret.) resulted in a Settlement Agreement between the parties. The parties continue to work jointly to effectuate the settlement and enlist Judge Cavanaugh's assistance as needed. We respectfully propose updating the Court again in June 2022.

| Respectfully, | Respectfully, |
|---|---|
| /s/ *James J. O'Hara* | /s/ *Kevin Laukaitis* |
| | |
| JAMES J. O'HARA | KEVIN LAUKAITIS |
| On behalf of Defendant, | On behalf of Plaintiffs |
| Samsung Electronics America, Inc. | |

cc: Honorable Dennis M. Cavanaugh, U.S.D.J. (Ret.)