# TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP

*Counselors at Law*

3 BECKER FARM ROAD, SUITE 402
ROSELAND, NEW JERSEY 07068-1726
Roseland (973) 622-3000
New York (212) 714-1720

| | | |
|---|---|---|
| James J. O'Hara<br>Partner | FAX (973)623-7780<br>www.tompkinsmcguire.com | Direct Line (973) 623-7041<br>johara@tompkinsmcguire.com |

June 1, 2022

<u>Via ECF</u>
The Honorable Michael A. Hammer,
United States Magistrate Judge
Martin Luther King, Jr. Federal Building
And Courthouse, 2nd Floor
50 Walnut Street
Newark, New Jersey 07102

      Re:   ***Bianchi v. Samsung Electronics America, Inc. et al.***
              <u>Civil Action No.: 2:17-cv-01263-CCC-MAM</u>

Dear Judge Hammer:

      This firm, along with Squire Patton Boggs (US) LLP, represents defendant Samsung Electronics America, Inc. ("SEA") in the above-referenced matter. As per Your Honor's direction in the Order of March 31, 2022, we are providing a joint status report.

      As previously reported, an extended mediation with the Honorable Dennis M. Cavanaugh, U.S.D.J. (Ret.) resulted in a Settlement Agreement between the parties. The parties continue to work jointly to effectuate the settlement and enlist Judge Cavanaugh's assistance as needed. We respectfully propose updating the Court again in August 2022.

| | |
|---|---|
| Respectfully, | Respectfully, |
| */s/ James J. O'Hara* | */s/ Kevin Laukaitis* |
| JAMES J. O'HARA<br>On behalf of Defendant,<br>Samsung Electronics America, Inc. | KEVIN LAUKAITIS<br>On behalf of Plaintiffs |

cc: Honorable Dennis M. Cavanaugh, U.S.D.J. (Ret.)