# TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP

*Counselors at Law*

3 BECKER FARM ROAD, SUITE 402
ROSELAND, NEW JERSEY 07068-1726
Roseland (973) 622-3000
New York (212) 714-1720

| | | |
|---|---|---|
| **James J. O'Hara**<br>Partner | FAX (973)623-7780<br>www.tompkinsmcguire.com | Direct Line (973) 623-7041<br>johara@tompkinsmcguire.com |

October 16, 2022

<u>**Via ECF**</u>
The Honorable Michael A. Hammer,
United States Magistrate Judge
Martin Luther King, Jr. Federal Building
And Courthouse, 2nd Floor
50 Walnut Street
Newark, New Jersey 07102

  Re: ***Bianchi v. Samsung Electronics America, Inc. et al.***
     <u>**Civil Action No.: 2:17-cv-01263-CCC-MAM**</u>

Dear Judge Hammer:

  This firm, along with Squire Patton Boggs (US) LLP, represents defendant, Samsung Electronics America, Inc. ("SEA"), in the above-referenced matter. As per Your Honor's direction in the Order of July 18, 2022, we are providing a joint status report.

  The parties continue their considerable progress and are in the final stage implementing a novel and complex Settlement Agreement reached with the assistance of the Honorable Dennis M. Cavanaugh, U.S.D.J. (Ret.). As indicated in our last report, we anticipate the process will finish-up in another few months and close to the end of the year.

Respectfully,          Respectfully,

/s/ *James J. O'Hara*_____   /s/ *Kevin LaukaitIs*_____
JAMES J. OHARA        KEVIN LAUKAITIS
*On behalf of Defendant,*      *On behalf of Plaintiffs*
*Samsung Electronics America, Inc.*

Cc: Honorable Dennis M. Cavanaugh, U.S.D.J. (Ret.)