Jonathan Shub
Kevin Laukaitis
Shub Law Firm LLC
134 Kings Hwy. E.
2nd Floor
Haddonfield, New Jersey 08033
jshub@shublawyers.com
klaukaitis@shublawyers.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD BIANCHI AND DEBRA BIANCHI, MADELINE MARINO AND RICHARD BISHOP, MARIE CASTELO AND FRANCISCO CASTELO, JOHN MAHONEY AND LAURA MAHONEY, RON CECCONI AND PATRICIA CECCONI AND EDA KAUFFMAN AND ROGER ROSENGARTEN, On behalf of themselves and all others similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD. <br><br> Defendants | Case No.: 2:17-cv-01263-CCC-MF |

## NOTICE OF WITHDRAWAL AS COUNSEL

PLEASE TAKE NOTICE that Kevin Laukaitis, Esq. of Shub Law Firm LLC hereby withdraws as counsel of record for Plaintiffs, RONALD BIANCHI AND DEBRA BIANCHI, MADELINE MARINO AND RICHARD BISHOP, MARIE CASTELO AND FRANCISCO CASTELO, JOHN MAHONE AND LAURA MAHONEY, RON CECCONI AND PATRICIA CECCONI AND EDA KAUFFMAN AND ROGER ROSENGARTEN ("Plaintiffs"). All

pleadings, orders, and other papers should continue to be served on Jonathan Shub of Shub Law Firm LLC, who will continue to represent Plaintiffs, with co-counsel of record, in the above-captioned action.

Dated: December 27, 2022                         Respectfully Submitted,

*/s/ Jonathan Shub*
Jonathan Shub
Kevin Laukaitis
Shub Law Firm LLC
134 Kings Hwy. E.
2nd Floor
Haddonfield, New Jersey 08033
jshub@shublawyers.com
klaukaitis@shublawyers.com

*Attorneys for Plaintiffs*