# TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP

*Counselors at Law*

3 BECKER FARM ROAD, SUITE 402
ROSELAND, NEW JERSEY 07068-1726
Roseland (973) 622-3000
New York (212) 714-1720

**James J. O'Hara**
Partner

FAX (973)623-7780
www.tompkinsmcguire.com

Direct Line (973) 623-7041
johara@tompkinsmcguire.com

May 25, 2023

**Via ECF**
The Honorable Michael A. Hammer,
United States Magistrate Judge
Martin Luther King, Jr. Federal Building
And Courthouse, 2nd Floor
50 Walnut Street
Newark, New Jersey 07102

    Re:   *Bianchi v. Samsung Electronics America, Inc. et al.*
             **Civil Action No.: 2:17-cv-01263-CCC-MAM**

Dear Judge Hammer:

    This firm, along with Squire Patton Boggs (US) LLP, represents defendant, Samsung Electronics America, Inc. ("SEA"), in the above-referenced matter. As per Your Honor's direction in the Order of March 6, 2023, we are providing a joint status report.

    The parties have now entered the final stage of the Settlement Agreement reached with the assistance of the Honorable Dennis M. Cavanaugh, U.S.D.J. (Ret.). A settlement outreach has been launched to customers who were identified through a deliberate process as potentially part of Plaintiffs' putative class and will now be offered individual settlements. We anticipate a swift response period. We therefore respectfully request that Your Honor allow us to report back in July 2023.

Respectfully,                                                   Respectfully,

/s/ *James J. O'Hara*                           /s/ *Jonathan Shub*
JAMES J. OHARA
*On behalf of Defendant,*                      *On behalf of Plaintiffs*
*Samsung Electronics America, Inc.*

Cc:    Honorable Dennis M. Cavanaugh, U.S.D.J. (Ret.)