# TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP

*Counselors at Law*

3 BECKER FARM ROAD, SUITE 402
ROSELAND, NEW JERSEY 07068-1726
Roseland (973) 622-3000
New York (212) 714-1720

| | | |
|---|---|---|
| **James J. O'Hara**<br>Partner | FAX (973)623-7780<br>www.tompkinsmcguire.com | Direct Line (973) 623-7041<br>johara@tompkinsmcguire.com |

July 14, 2023

**Via ECF**
The Honorable Michael A. Hammer,
United States Magistrate Judge
Martin Luther King, Jr. Federal Building
And Courthouse, 2nd Floor
50 Walnut Street
Newark, New Jersey 07102

      Re:    ***Bianchi v. Samsung Electronics America, Inc. et al.***
                **Civil Action No.: 2:17-cv-01263-CCC-MAM**

Dear Judge Hammer:

      This firm, along with Squire Patton Boggs (US) LLP, represents defendant, Samsung Electronics America, Inc. ("SEA"), in the above-referenced matter. As per Your Honor's direction in the Order of May 26, 2023, we are providing a joint status report.

      As relayed in May, the parties have now entered the final stage of the Settlement Agreement reached with the assistance of the Honorable Dennis M. Cavanaugh, U.S.D.J. (Ret.). A settlement outreach has been launched to customers who were identified through a deliberate process as potentially part of Plaintiffs' putative class and individual offers of settlement have been made. Responses have already been received, but we are awaiting additional responses. We therefore respectfully request that Your Honor allow us to report back in September 2023.

| | |
|---|---|
| Respectfully, | Respectfully, |
| /s/ *James J. O'Hara* | /s/ *Jonathan Shub* |
| JAMES J. OHARA | |
| *On behalf of Defendant,* | *On behalf of Plaintiffs* |
| *Samsung Electronics America, Inc.* | |

Cc:    Honorable Dennis M. Cavanaugh, U.S.D.J. (Ret.)