# McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
**T:** 973.993.8100 | **F:** 973.425.0161
**MDMC-LAW.COM**

JAMES J. O'HARA
973-425-8661
johara@mdmc-law.com

August 17, 2023

<u>Via ECF</u>
The Honorable Michael A. Hammer, Magistrate Judge
United States Magistrate Judge
Martin Luther King, Jr. Federal Building
And Courthouse, 2nd Floor
50 Walnut Street
Newark, New Jersey 07102

  Re: ***Bianchi, et al. v. Samsung Electronics America, Inc. et al.***
     <u>**Civil Action No.: 2:17-cv-01263-CCC-MAH**</u>

Dear Judge Hammer:

  Until very recently, I was associated with the law firm of Tompkins, McGuire, Wachenfeld & Barry, LLP ("Tompkins McGuire"). Through Tompkins McGuire, I entered an appearance as an attorney of record for Defendant, Samsung Electronics America, Inc. ("SEA"), in the above-referenced matter. I write to inform the Court that I recently changed law firms to McElroy, Deutsch, Mulvaney & Carpenter, LLP. James Kearns, an associate who also changed law firms with me, called Your Honor's chambers this morning to ask for instructions on notifying the Court of the change in law firms, in view of the fact that SEA has requested that I continue to be an attorney of record for SEA. Mr. Kearns was advised to file a notice of appearance with my new firm information and write this letter explaining the circumstances. I have also be updated my Pacer contact information today.

  I thank Your Honor for the Court's time and attention in this matter.

                Respectfully submitted,

                */s/ James J. O'Hara*

                James J. O'Hara