# McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
**T:** 973.993.8100 | **F:** 973.425.0161
**MDMC-LAW.COM**

---

JAMES J. O'HARA
973-425-8661
johara@mdmc-law.com

September 29, 2023

<u>Via ECF</u>
The Honorable Michael A. Hammer,
United States Magistrate Judge
Martin Luther King, Jr. Federal Building
And Courthouse, 2nd Floor
50 Walnut Street
Newark, New Jersey 07102

      Re:    <u>***Bianchi v. Samsung Electronics America, Inc. et al.***</u>
              <u>**Civil Action No.: 2:17-cv-01263-CCC-MAM**</u>

Dear Judge Hammer:

      This firm represents defendant, Samsung Electronics America, Inc. ("SEA"), in the above-referenced matter. As per Your Honor's direction in the Order of July 17, 2023, we are providing a joint status report.

      The parties continue with the final stage of the Settlement Agreement reached with the assistance of the Honorable Dennis M. Cavanaugh, U.S.D.J. (Ret.). As previously reported, a settlement outreach was launched to customers who were identified through a deliberate process as potentially part of Plaintiffs' putative class and individual offers of settlement have been made. Responses have already been received, but the parties agreed to a renewed round of offers in an attempt to increase the response rate. Responses to this renewed round of offers are due today, September 29, 2023. We therefore respectfully request that Your Honor allow us to report back in November 2023.

Respectfully,                                            Respectfully,

/s/ *James J. O'Hara*                     /s/ *Jonathan Shub*
JAMES J. OHARA
*On behalf of Defendant,*               *On behalf of Plaintiffs*
*Samsung Electronics America, Inc.*

Cc:    Honorable Dennis M. Cavanaugh, U.S.D.J. (Ret.)