Jonathan Shub
**SHUB & JOHNS LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
T: 610-477-8380
E: jshub@shublawyers.com
Attorneys for Plaintiffs

Mitchell Breit
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
405 E. 50th Street
New York, NY 1002
T: 347-668-8445
E: mbreit@milberg.com
Attorneys for Plaintiffs

James J. O'Hara
**McELROY, DEUTSCH, MULVANEY & CARPENTER**
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
johara@mdmc-law.com
Attorneys for Defendant Samsung Electronics America, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RONALD BIANCHI AND DEBRA BIANCHI, JOHN MAHONEY AND LAURA MAHONEY, RON CECCONI AND PATRICIA CECCONI, EDA KAUFFMAN AND JAMES ROSENGARTEN, On behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.,<br><br>                    Defendants. | Case No. 2:17-cv-01263-CCC-MAH<br><br>STIPULATION OF DISMISSAL |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims of Plaintiffs RONALD BIANCHI AND DEBRA BIANCHI, JOHN MAHONEY AND LAURA MAHONEY, RON CECCONI AND PATRICIA CECCONI, EDA KAUFFMAN AND JAMES ROSENGARTEN are hereby dismissed WITH PREJUDICE. The claims of all putative class members, except those individuals who accepted settlement offers and who shall be treated in the future subject to the terms of their release, are hereby dismissed WITHOUT PREJUDICE.

DATED:   December 27, 2023

/s/ Mitchell Breit
Mitchell Breit
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
405 E. 50th Street
New York, NY 10022
T: 347-668-8445
E: mbreit@milberg.com

/s/ Jonathan Shub
Jonathan Shub
**SHUB & JOHNS LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
T: 610-477-8380
E: jshub@shublawyers.com
Attorneys for Plaintiffs

/s/ James J. O'Hara
James J. O'Hara
**McELROY, DEUTSCH, MULVANEY & CARPENTER**
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
johara@mdmc-law.com
Attorneys for Defendant Samsung Electronics America, Inc.

SO ORDERED

  s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:   12/28/2023